IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHIRLEY CHARNOCK | : | |
| | : | CIVIL ACTION NO. 02-CV-3970 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BAYER CORPORATION; | : | ENTRY OF APPEARANCE |
| BAYER AG; | : | |
| GLAXOSMITHKLINE, PLC; | : | |
| GLAXOSMITHKLINE; | : | |
| SMITHKLINE BEECHAM | : | |
| | : | |
| Defendants. | : | |

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

    Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,


_____　　　_____
Hope S. Freiwald　　　　　　　　　　　　Aline Fairweather



_____　　　_____
Alison T. Conn　　　　　　　　　　　　　Kirstin J. Miller



Dated:  August 14, 2002　　　　　　　DECHERT PRICE & RHOADS
　　　　　　　　　　　　　　　　　　　4000 Bell Atlantic Tower
　　　　　　　　　　　　　　　　　　　1717 Arch Street
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19103-2793
　　　　　　　　　　　　　　　　　　　(215) 994-4000